**MAYALL HURLEY**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091

Attorneys for Defendant
TRIPLE S COURIER SERVICE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAHID BUTT, individually and doing business as TRIPLE S COURIER SERVICE ; EXPRESS MESSENGER SYSTEMS, INC., doing business as ONTRAC ; SUBCONTRACTING CONCEPTS (CT), LLC ; MICHAEL FERRY ; SIKANDERJIT KAUR, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ; HARTFORD FIRE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 1:17-CV-01302-DAD-EPG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT** |

Pursuant to Fed. Rules. Civ. Proc. Rule 6(b) and Local Rule 144 (a), plaintiff INTEGON PREFERRED INSURANCE COMPANY and defendant SHAHID BUTT, individually and doing business as TRIPLE S COURIER SERVICE (hereinafter "BUTT") hereby stipulate that the deadline for BUTT to file his response to the Complaint for Rescission and Declaratory Relief filed September 28, 2017 be extended fourteen (14) days. The parties further stipulate that the new deadline for BUTT to file their response to the Complaint shall be Monday, November 27, 2017.

___

Page 1

DATED: November 9, 2017    **WOOLLS PEER DOLLINGER & SCHER**

By /s/ Jeffrey A. Dollinger
    JEFFREY A. DOLLINGER
    Attorneys for Plaintiff
    INTEGON PREFERRED INSURANCE COMPANY

DATED: November 9, 2017    **MAYALL HURLEY, P.C.**

By: /s/ Mark E. Berry
    MARK E. BERRY
    Attorneys for Defendants
    SHAHID BUTT, individually and doing business as TRIPLE S COURIER SERVICE

## **ORDER**

Pursuant to the parties' stipulation, the deadline for BUTT to respond to the Complaint is extended from Monday, November 13, 2017 to Monday, November 27, 2017.

IT IS SO ORDERED.

Dated: **November 13, 2017**　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

_____

Page 3