UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON PREFERRED INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>   v.<br><br>SHAHID BUTT, individually and doing business as TRIPLE S COURIER SERVICE; EXPRESS MESSENGER SYSTEMS, INC. doing business as ONTRAC; SUBCONTRACTING CONCEPTS (CT), LLC; MICHAEL FERRY; SIKANDERJIT KAUR; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and HARTFORD FIRE INSURANCE COMPANY,<br><br>            Defendants. | No. 1:17-cv-01302-DAD-EPG<br><br>ORDER TRANSFERRING CASE |
| HARTFORD FIRE INSURANCE COMPANY,<br><br>            Cross-claimant,<br><br>   v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>            Cross-defendant. | |

On January 17, 2018, this court issued an order to show cause why this matter should not be transferred to the Sacramento Division of this court. (Doc. No. 37.) On January 23, 2018, the parties filed a stipulation to transfer this action to the Sacramento Division of this court. (Doc. No. 38.) Given the stipulation of the parties and the provisions of Local Rule 120(d), proper venue in this action lies in the Sacramento Division of this court. Accordingly, the Clerk of the Court is directed to transfer this action to the Sacramento Division. *See* Local Rule 120(f).

IT IS SO ORDERED.

Dated: **January 26, 2018**

UNITED STATES DISTRICT JUDGE